## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO. 4:05CR122(1) |
| v. | § | |
| | § | |
| JESUS DE LA TORRE MOLINA | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for modification of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the report of the United States Magistrate Judge pursuant to its order. As Defendant has not filed any objections to the report, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is finally **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a period of 24 months, to be served consecutively with any other sentence being served, with no supervised release to follow.

**IT IS SO ORDERED.**

SIGNED this the 29th day of December, 2010.

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE